# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY LAWRENCE, | 1:09-cv-00510-AWI-DLB (HC) |
|     Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR ENTRY OF DEFAULT |
|   v. | [Doc. 12] |
| JAMES D. HARTLEY, | |
|     Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 8, 2009, Petitioner filed a motion for default judgment. Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. See Fed. R. Civ. P. 55(a).

As Petitioner points out in his motion, on March 26, 2009, the Court directed Respondent to file a response to the petition within sixty (60) days from the date of service, i.e. May 28, 2009. (Court Doc. 3, Motion, at 1.) Respondent filed a timely response to the petition on May 26, 2009, which was appropriately served by mail on Petitioner at his address of record. Accordingly, because there is simply no basis upon which to enter default, Petitioner's motion for default judgment is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **July 6, 2009**    **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1